FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 DEC 11 P 3: 58

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER: 3:04-cr-83-J-20HTS |
| v. | USM NUMBER: 30666-018 |
| **DAVID BOSTON** | |
| | Defendant's Attorney: James H. Burke, Jr. (AFPD) |

**THE DEFENDANT:**

_____ admitted guilt to violation of charge number(s)_____ of the term of supervision.

__X__ was found in violation of charge number(s) __1, 3, and 4__ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct- Sale of Alcohol without a License | February 2009 |
| 3 | Failure to Notify Ten Days Prior to Any Change in Employment | July 2009 |
| 4 | Association with a Person Convicted of a Felony | July 2009 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: December 9, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: December 9, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of three (3) months,

__X__ The Court makes the following recommendations to the Bureau of Prisons: in Raymond James Prison in Folkston, Georgia

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.    p.m.   on _____.

    ___ as notified by the United States Marshal.

__X__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    __X__ before 2 p.m. on _Monday, January 4, 2010_.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

                                            UNITED STATES MARSHAL

                          By _____

                                            DEPUTY UNITED STATES MARSHAL